BESSIE GEYER, as Administratrix of the Estate of ABRAHAM GEYER, Deceased, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.

*Geyer v. N. Y. Consolidated R. R. Co.*, 184 App. Div. 890, affirmed.

(Argued October 22, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. Plaintiff alleged that her intestate, on the night of his death, after reporting at the train dispatcher's office, started to cross the tracks to the station, when

he was struck by a car running without lights, which came around a near-by curve without warning. The defense was contributory negligence and assumption of risk.

*John L. Wells, Thomas L. Hughes* and *George D. Yeomans* for appellant.

*John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.